IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHNSON B. OGUNLANA, | No. 4:23-CV-00211 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| T. WERTMAN, | |
| Respondent. | |

## ORDER

**AND NOW**, this 10th day of May 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Johnson B. Ogunlana's second petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of subject matter jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Ogunlana is admonished that any future Section 2241 petition regarding similar constitutional challenges to his convictions and sentence in criminal case number No. 1:20-CR-285 in the United States District Court for the District of Maryland will be summarily dismissed under the abuse-of-the-writ doctrine.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge